**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**MIDATLANTIC INTERNATIONAL INC.**

      Plaintiff,

v.                                          Civil Action No. 2:12cv169-RGD

**AGC FLAT GLASS NORTH AMERICA, INC.**,

      Defendant.

## NOTICE OF APPEAL

Notice is hereby given that MidAtlantic International Inc., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for Fourth Circuit from the final judgment entered in this action on the 7th day of June, 2012.

                                              MIDATLANTIC INTERNATIONAL INC.

                                             */s/James L. Chapman, IV*
                                             James L. Chapman, IV (VSB No. 21983)
                                             *Counsel for MidAtlantic International Inc.*
                                             CRENSHAW, WARE & MARTIN, P.L.C.
                                             150 W. Main Street; Suite 1500
                                             Norfolk, Virginia 23510
                                             Telephone:  (757) 623-3000
                                             Facsimile:   (767) 623-5735
                                             jchapman@cwm-law.com

- 2 -

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 13th day of June, 2012, I will electronically file the foregoing Notice of Appeal with the Clerk of the District Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Teresa M. Lesnak, Esq.
William C. Bovender, Esq.
Joseph B. Harvey, Esq.
HUNTER, SMITH & DAVIS, LLP
1212 N. Eastman Road
P. O. Box 3740
Kingsport, TN 37664
tlesnak@hsdlaw.com
bovender@hsdlaw.com
jharvey@hsdlaw.com

                */s/James L. Chapman, IV*
                James L. Chapman, IV (VSB No. 21983)
                *Counsel for MidAtlantic International Inc.*
                CRENSHAW, WARE & MARTIN, P.L.C.
                150 W. Main Street; Suite 1500
                Norfolk, Virginia 23510
                Telephone: (757) 623-3000
                Facsimile: (767) 623-5735
                jchapman@cwm-law.com

Case 2:12-cv-00169-RGD-FBS Document 21 Filed 06/13/12 Page 2 of 2 PageID# 234